| Fill in this information to identify your case: | |
|---|---|

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
**12/15**

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Ian** First name<br><br>Middle name<br><br>**Chait** Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-8913** | |

Debtor 1   **Ian Chait**                                    Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br><br>EINs | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br><br>EINs |
| **5. Where you live** | **4511 E. Pepper Tree Lane**<br>**Paradise Valley, AZ 85253-3250**<br>Number, Street, City, State & ZIP Code<br><br>**Maricopa**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br><br>Number, Street, City, State & ZIP Code<br><br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

| Part 2: | **Tell the Court About Your Bankruptcy Case** |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | | When | | Case number | |
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |

**11. Do you rent your residence?**

☐ No. Go to line 12.

■ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

■ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Case 2:16-bk-02747-DPC    Doc 1    Filed 03/18/16    Entered 03/18/16 14:44:28    Desc
Main Document     Page 3 of 23

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---------|----------------------------------------------------------|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____

Name of business, if any

_____

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No.  I am not filing under Chapter 11.

☑ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---------|------------------------------------------------------------------------------------------------|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.  What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____

Number, Street, City, State & Zip Code

Case 2:16-bk-02747-DPC   Doc 1   Filed 03/18/16   Entered 03/18/16 14:44:28   Desc
Main Document    Page 4 of 23

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Case 2:16-bk-02747-DPC    Doc 1    Filed 03/18/16    Entered 03/18/16 14:44:28    Desc
Main Document      Page 5 of 23

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Ian Chait**
_____                    _____
**Ian Chait**                                              Signature of Debtor 2
Signature of Debtor 1

Executed on   **March 18, 2016**                    Executed on _____
          MM / DD / YYYY                                         MM / DD / YYYY

Debtor 1     **Ian Chait**                                                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Thomas H. Allen**                                Date        **March 18, 2016**
**tallen@allenbarneslaw.com**
Signature of Attorney for Debtor                                  MM / DD / YYYY

**Thomas H. Allen tallen@allenbarneslaw.com**
Printed name

**Allen Barnes & Jones, PLC**
Firm name

**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**
Number, Street, City, State & ZIP Code

Contact phone   **602-256-6000**                     Email address

**11160**
Bar number & State

---

Certificate Number: 12459-AZ-CC-026774933



12459-AZ-CC-026774933

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 8, 2016</u>, at <u>3:58</u> o'clock <u>PM PST</u>, <u>Ian Chait</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Arizona</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>January 8, 2016</u>          By:      <u>/s/Melinda Willett</u>

                                     Name:   <u>Melinda Willett</u>

                                     Title:   <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ian Chait** |
| | First Name　　　　Middle Name　　　　Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name　　　　Middle Name　　　　Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:　List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

**Anthony Frank**
**4235 Crest Avenue**
**Santa Barbara, CA 93110**

What is the nature of the claim?　loan　　$ **$60,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)　$ _____
　　Value of security:　- $ _____
　　Unsecured claim　$ _____

Contact

Contact phone

**2**

**Transworld Systms**
**507 Prudential Road**
**Horsham, PA 19044**

What is the nature of the claim?　**collection of student loans for National Collegiate Master Student Loan Trust (NCT)**　$ **$53,606.82**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
No

B104 (Official Form 104)　For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　Page 1

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com　Best Case Bankruptcy

Case 2:16-bk-02747-DPC　Doc 1　Filed 03/18/16　Entered 03/18/16 14:44:28　Desc
Main Document　Page 9 of 23

Debtor 1    Ian Chait                                           Case number *(if known)* _____

| | | | |
|---|---|---|---|

Contact _____

☐ Yes. Total claim (secured and unsecured)  $ _____
    Value of security:                       - $ _____
    Unsecured claim                          $ _____

Contact phone _____

---

**3** | Student Assistance Foundation
P.O. Box 5209
Helena, MT 59604-5209

**What is the nature of the claim?**   student loan   $ **$47,146.44**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
    Value of security:                       - $ _____
    Unsecured claim                          $ _____

Contact _____
Contact phone _____

---

**4** | Volkswagen  Credit
P.O. Box 60144
City of Industry, CA 91716-0144

**What is the nature of the claim?**   deficiency balance due for repossessed 2006 Bentley Flying Spur   $ **$46,015.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
    Value of security:                       - $ _____
    Unsecured claim                          $ _____

Contact _____
Contact phone _____

---

**5** | Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

**What is the nature of the claim?**   income taxes   $ **$35,477.42**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
    Value of security:                       - $ _____
    Unsecured claim                          $ _____

Contact _____
Contact phone _____

---

**6** | Chase Bank

**What is the nature of the claim?**   credit line   $ **$30,086.84**

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 2

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 2:16-bk-02747-DPC   Doc 1   Filed 03/18/16   Entered 03/18/16 14:44:28   Desc
Main Document   Page 10 of 23

| Debtor 1 | **Ian Chait** | | Case number *(if known)* | |

P.O. Box 78039
Phoenix, AZ 85062-8039

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)            $ _____

---

Contact _____

Contact phone _____

Value of security:            - $ _____
Unsecured claim            $ _____

---

**7**

What is the nature of the claim?            **deficiency balance due for repossessed 2007 Cadillac Escalade**            $ **$26,637.09**

**GMAC, Inc.**
c/o Gurstel Chargo PA
9320 E. Raintree
Scottsdale, AZ 85260

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact _____

☐ Yes. Total claim (secured and unsecured)            $ _____

Contact phone _____

Value of security:            - $ _____
Unsecured claim            $ _____

---

**8**

What is the nature of the claim?            **income taxes**            $ **$23,983.66**

**Internal Revenue Service (preferred)**
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact _____

☐ Yes. Total claim (secured and unsecured)            $ _____

Contact phone _____

Value of security:            - $ _____
Unsecured claim            $ _____

---

**9**

What is the nature of the claim?            **income taxes**            $ **$23,868.73**

**Internal Revenue Service**
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

---

B 104 (Official Form 104)            For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims            Page 3

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Case 2:16-bk-02747-DPC    Doc 1    Filed 03/18/16    Entered 03/18/16 14:44:28    Desc
Main Document    Page 11 of 23

| Debtor 1 | **Ian Chait** | | Case number *(if known)* | |

| | Contact | ☐ Yes. Total claim (secured and unsecured) | $ _____ |
| | | Value of security: | - $ _____ |
| | Contact phone | Unsecured claim | $ _____ |

---

**10**

American Honda Finance
P.O. Box 60001
City of Industry, CA 91716-0001

**What is the nature of the claim?**   **2013 Honda Accord**   $ **18,000.00**
**85000 miles**
**in poor condition**
**$29,000 lien**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

Contact

☑ Yes. Total claim (secured and unsecured)   $ **$29,000.00**
Value of security:   - $ **$11,000.00**
Contact phone   Unsecured claim   $ **$18,000.00**

---

**11**

CK Ventures, LLC
P.O. Box 43228
Phoenix, AZ 85080

**What is the nature of the claim?**   **judgment**   $ **16,821.78**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No

Contact

☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____
Contact phone   Unsecured claim   $ _____

---

**12**

Citibank
P.O. Box 6241
Sioux Falls, SD 57117-6241

**What is the nature of the claim?**   **credit line**   $ **15,519.66**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No

Contact

☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____
Contact phone   Unsecured claim   $ _____

---

**13**

Midland Credit Management

**What is the nature of the claim?**   **collection for Citibank**   $ **15,519.66**
**(South Dakota), NA**

---

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 4

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 2:16-bk-02747-DPC   Doc 1   Filed 03/18/16   Entered 03/18/16 14:44:28   Desc
Main Document        Page 12 of 23

Debtor 1  **Ian Chait**                                    Case number *(if known)* _____

**8875 Aero Dr., Ste. 200**
**San Diego, CA 92123-2255**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
          Value of security:          - $ _____
          Unsecured claim             $ _____

Contact _____

Contact phone _____

---

**14**

**What is the nature of the claim?**   **2015 Honda Accord**   $ **$10,000.00**
                                       **12000 miles**
                                       **in good condition**
                                       **$32,000 lien**

**TCF Bank/Gateway**
**160 N. Riverview Drive, #100**
**Anaheim, CA 92808**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)   $ **$32,000.00**
          Value of security:          - $ **$22,000.00**
          Unsecured claim             $ **$10,000.00**

Contact _____

Contact phone _____

---

**15**

**Windset Capital**
**4168 W. 12600 South**
**2nd Floor**
**Herriman, UT 84096**

**What is the nature of the claim?**   **business loan**   $ **$9,700.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
          Value of security:          - $ _____
          Unsecured claim             $ _____

Contact _____

Contact phone _____

---

**16**

**Millennium Financial Group LLC**
**c/o Total Card, Inc.**
**51098 S. Broadband Lane**
**Sioux Falls, SD 57108**

**What is the nature of the claim?**   **credit line**   $ **$9,344.20**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Case 2:16-bk-02747-DPC    Doc 1    Filed 03/18/16    Entered 03/18/16 14:44:28    Desc
Main Document    Page 13 of 23

Debtor 1  **Ian Chait**                                                Case number *(if known)* _____

| | | |
|---|---|---|
| Contact | ☐ Yes. Total claim (secured and unsecured) | $ _____ |
| | Value of security: | - $ _____ |
| Contact phone | Unsecured claim | $ _____ |

---

**17**

**International Collections Corporation**
**P.O. Box 86880**
**Los Angeles, CA 90086-0880**

What is the nature of the claim?  credit line    $ **$7,050.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No

| | | |
|---|---|---|
| Contact | ☐ Yes. Total claim (secured and unsecured) | $ _____ |
| | Value of security: | - $ _____ |
| Contact phone | Unsecured claim | $ _____ |

---

**18**

**Atlantic Credit & Finance Incorporated**
**c/o Jon R. Hultgren**
**3101 N. Central, Suite 500**
**Phoenix, AZ 85012**

What is the nature of the claim?  judgment    $ **$6,030.88**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No

| | | |
|---|---|---|
| Contact | ☐ Yes. Total claim (secured and unsecured) | $ _____ |
| | Value of security: | - $ _____ |
| Contact phone | Unsecured claim | $ _____ |

---

**19**

**Arizona Department of Revenue**
**1600 West Monroe Street**
**Phoenix, AZ 85007**

What is the nature of the claim?  income taxes    $ **$5,075.25**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No

| | | |
|---|---|---|
| Contact | ☐ Yes. Total claim (secured and unsecured) | $ _____ |
| | Value of security: | - $ _____ |
| Contact phone | Unsecured claim | $ _____ |

---

**20**

**Arizona Department of Revenue**
**1600 West Monroe Street**
**Phoenix, AZ 85007**

What is the nature of the claim?  income taxes    $ **$4,642.44**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 6

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Case 2:16-bk-02747-DPC    Doc 1    Filed 03/18/16    Entered 03/18/16 14:44:28    Desc
Main Document    Page 14 of 23

Debtor 1    **Ian Chait**                                                      Case number *(if known)* _____

□ None of the above apply

**Does the creditor have a lien on your property?**

■ No

□ Yes. Total claim (secured and unsecured)    $ _____
                      Value of security:                  - $ _____
                      Unsecured claim                   $ _____

| Contact | |
| --- | --- |

Contact

Contact phone

---

**Part 2:    Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X    **/s/ Ian Chait**                                          X    _____
     **Ian Chait**                                                   Signature of Debtor 2
     Signature of Debtor 1

Date    **March 18, 2016**                                  Date    _____

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 7

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 2:16-bk-02747-DPC    Doc 1    Filed 03/18/16    Entered 03/18/16 14:44:28    Desc
Main Document      Page 15 of 23

Chait, Ian -

5207 W. CALAVAR ROAD
GLENDALE AZ 85306


ADVANTAGE ASSETS II, INC.
1000 N. WEST STREET, SUITE 1200
WILMINGTON DE 19801


AMERICAN HONDA FINANCE
P.O. BOX 60001
CITY OF INDUSTRY CA 91716-0001


AMERICAN MEDICAL COLLECTION AGENCY
4 WESTCHESTER PLAZA, BUILDING 4
ELMSFORD NY 10523


AMERICAN MEDICAL COLLECTION AGENCY
4 WESTCHESTER PLAZA, STE. 110
ELMSFORD NY 10523


ANDREW M. ELLIS LAW, PLLC
P.O. BOX 16272
PHOENIX AZ 85011-6272


ANTHONY FRANK
4235 CREST AVENUE
SANTA BARBARA CA 93110


ARIZONA DEPARTMENT OF REVENUE
1600 WEST MONROE STREET
PHOENIX AZ 85007


ATLANTIC CREDIT & FINANCE INCORPORATED
C/O JON R. HULTGREN
3101 N. CENTRAL, SUITE 500
PHOENIX AZ 85012

Chait, Ian -


BLATT HASENMILLER LEIBSKER & MOORE LLC
1225 E. BROADWAY ROAD, SUITE 220
TEMPE AZ 85282


BLATT HASENMILLER, LEIBSKER & MOORE, LLC
2702 N. 3RD STREET, SUITE 2010
PHOENIX AZ 85004


BUREAU OF MEDICAL ECONOMICS
P.O. BOX 20247
PHOENIX AZ 85036-0247


CAPITAL ONE
P.O. BOX 30281
SALT LAKE CITY UT 84130


CARDIOVASCULAR CONSULTANTS
P.O. BOX 98819
LAS VEGAS NV 89193-8819


CHASE BANK
P.O. BOX 78039
PHOENIX AZ 85062-8039


CHASE BANK
P.O. BOX 24696
COLUMBUS OH 43224-0696


CHASE CARDMEMBER SERVICE
P.O. BOX 15298
WILMINGTON DE 19850-5298


CHEVRON AND TEXACO UNIVERSAL CARD
P.O. BOX 921729
NORCROSS GA 30010-1729

Chait, Ian -


CITIBANK
P.O. BOX 6241
SIOUX FALLS SD 57117-6241


CK VENTURES, LLC
P.O. BOX 43228
PHOENIX AZ 85080


COSTAR GROUP, INC.
1331 L STREET NW
WASHINGTON DC 20005


CREDITONE, LLC
DEPT. 851
P.O. BOX 4115
CONCORD CA 94524


DESERT VISTA MEDICAL ASSOCIATES
ATTN: BILLING DEPT.
10900 N. SCOTTSDALE ROAD, #603
SCOTTSDALE AZ 85254-5252


EWING & EWING ATTORNEYS, PC
4050 E. COTTON CENTER BLVD., #18
PHOENIX AZ 85040


FASTMED URGENT CARE
C/O TCS, INC.
3200 N. HAYDEN ROAD, #110
SCOTTSDALE AZ 85251-6766


GC SERVICES LIMITED PARTNERSHIP
6330 GULFTON
HOUSTON TX 77081


GETTY IMAGES
605 5TH AVENUE, SUITE 400
SEATTLE WA 98104

Chait, Ian -

GMAC, INC.
C/O GURSTEL CHARGO PA
9320 E. RAINTREE
SCOTTSDALE AZ 85260


H&H REAL ESTATE MEDIA, INC.
9636 TIERRA GRANDE STREET
SUITE 206
SAN DIEGO CA 92126


HAMMERMAN & HULTGREN, P.C.
3101 N. CENTRAL AVENUE, SUITE 500
PHOENIX AZ 85012


HEALTHCARE CLINIC
TAKE CARE HEALTH SYSTEMS
1901 E. VOORHEES MS 3099
DANVILLE IL 61832


HONOR HEALTH
P.O. BOX 29689
PHOENIX AZ 85038


ICH HEALTH SOLUTIONS, INC.
P.O. BOX 39119
PHOENIX AZ 85069-9119


INGRAM ADAMS & NORTH REALTY LLC
4511 E. PEPPER TREE LANE
PARADISE VALLEY AZ 85253


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


INTERNAL REVENUE SERVICE (PREFERRED)
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

Chait, Ian -

INTERNATIONAL COLLECTIONS CORPORATION
P.O. BOX 86880
LOS ANGELES CA 90086-0880


JOHN LOTT
5725 E. BETTY ELYSE LANE
SCOTTSDALE AZ 85254


JR BROTHERS FINANCIAL, INC.
P.O. BOX 35666
PHOENIX AZ 85069-5666


LA FITNESS
2600 MICHELSON DRIVE, #300
IRVINE CA 92612-6536


LABORATORY CORPORATION OF AMERICA
P.O. BOX 2240
BURLINGTON NC 27216-2240


LCA COLLECTIONS
P.O. BOX 2240
BURLINGTON NC 27216-2240


MIDLAND CREDIT MANAGEMENT
8875 AERO DR., STE. 200
SAN DIEGO CA 92123-2255


MIDLAND CREDIT MANAGEMENT, INC.
8875 AERO DRIVE, SUITE 200
SAN DIEGO CA 92123


MIDLAND FUNDING LLC
2702 N. 3RD STREET, SUITE 2010
PHOENIX AZ 85004

Chait, Ian -


MILLENNIUM FINANCIAL GROUP LLC
C/O TOTAL CARD, INC.
51098 S. BROADBAND LANE
SIOUX FALLS SD 57108


NMA
611 PENNSYLVANIA AVE. SE
WASHINGTON DC 20003


PHOENIX DERMATOLOGY
3302 N. MILLER ROAD, SUITE D
SCOTTSDALE AZ 85251


PORTFOLIO RECOVERY ASSOCIATES
120 CORPORATE BLVD., STE. 100
NORFOLK VA 23502


PORTFOLIO RECOVERY ASSOCIATES, LLC
120 CORPORATE BLVD.
NORFOLK VA 23502


PORTFOLIO RECOVERY ASSOCIATES, LLC
140 CORPORATE BLVD.
NORFOLK VA 23502


PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. BOX 12914
NORFOLK VA 23541


PROGRESSIVE INSURANCE
THE PROGRESSIVE CORPORATION
6300 WILSON MILLS ROAD
CLEVELAND OH 44143


RGS FINANCIAL
1700 JAY ELL DRIVE, SUITE 200
RICHARDSON TX 75081

Chait, Ian -

SAF/TRUSTUDENT
P.O. BOX 203101
HELENA MT 59620


SOUTHWEST DIAGNOSTIC IMAGING
2323 W. ROSE GARDEN LANE
PHOENIX AZ 85027


STUDENT ASSISTANCE FOUNDATION
P.O. BOX 5209
HELENA MT 59604-5209


TCF BANK/GATEWAY
160 N. RIVERVIEW DRIVE, #100
ANAHEIM CA 92808


TEAM MAKENA LLC
17461 DERIAN AVE, SUITE 200
IRVINE CA 92614-5820


TRANSWORLD SYSTEMS INC.
507 PRUDENTIAL ROAD
HORSHAM PA 19044


TRANSWORLD SYSTMS
507 PRUDENTIAL ROAD
HORSHAM PA 19044


VOLKSWAGEN  CREDIT
P.O. BOX 60144
CITY OF  INDUSTRY CA 91716-0144


VOLKSWAGEN CREDIT
P.O. BOX 3
HILLSBORO OR 97123

Chait, Ian -

WINDSET CAPITAL
4168 W. 12600 SOUTH
2ND FLOOR
HERRIMAN UT 84096


WINDSET CAPITAL
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON DE 19808